# Court of Appeals

## Tenth Appellate District of Texas

10-25-00150-CR

In re Peng Yu

Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Peng Yu's petition for a writ of prohibition, filed on May 14, 2025, is denied. TEX. R. APP. P. 52.8.

_____
STEVE SMITH
Justice

OPINION DELIVERED and FILED: May 29, 2025

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Petition denied
Do not publish
OT06

